# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

## CASE NO.:

CHRISTOPHER J. WALLACE,

        Plaintiff,

v.

JONATHAN HAY,

        Defendant.

Case No.: 8:25-cv-03091-MSS-SPF

## AFFIDAVIT IN SUPPORT OF SUBSTITUTED SERVICE UPON NONRESIDENT CONCEALING WHEREABOUTS PURSUANT TO FLORIDA STATUTE § 48.161

I, Jeremiah Reynolds, declare as follows:

1.     I am an attorney licensed to practice before this Court, and am a partner with the law firm of Eisner, LLP, attorneys of record herein for Christopher J. Wallace

2.     I have personal knowledge of the facts stated herein and, if called upon to testify as a witness, I could and would competently testify thereto.

3.     This Affidavit is submitted as the Affidavit of Compliance required by Florida Statute § 48.161(2), setting forth the facts that justify substituted service upon Defendant Jonathan Hay ("Defendant") through the Florida Secretary of State and demonstrating that due diligence was exercised in attempting to locate and effectuate personal service upon Defendant before using substituted service. This affidavit demonstrates that Defendant is concealing his whereabouts within the meaning of Florida Statute § 48.161(3). Attached hereto as **Exhibit A** is a true and correct copy of the Return of Service on the Florida Secretary of State.

4.     The above-captioned matter involves a civil action filed by Plaintiff Christopher J. Wallace against Defendant Jonathan Hay.

3073025

5. The Summons and Complaint were issued on November 13, 2025.

## I. DEFENDANT REFUSES TO PROVIDE AN ACCURATE AND CURRENT ADDRESS

6. Defendant Jonathan Hay is a party to a separate civil matter involving the same Plaintiff. In that matter, on January 5, 2026, Defendant provided verified responses to discovery requests stating that his address is 12760 Indian Rocks Rd., Apt. 1073, Largo, FL 33774. Attached hereto as **Exhibit B** is a true and correct copy of Jonathan Hay's Verified Response to Form Interrogatory 2.5.

7. Based on the failed service attempts described above, Defendant's representation in his January 5, 2026 discovery responses that he resided at 12760 Indian Rocks Rd., Apt. 1073, Largo, FL 33774, was therefore false at the time it was made, or became false shortly thereafter.

8. Plaintiff's counsel contacted counsel for Defendant in the related matter to request that Defendant's counsel accept service on Defendant's behalf in this action on January 8, 2026. Defendant's counsel refused to accept service on January 9, 2026. Attached hereto as **Exhibit C** is a true and correct copy of the January 8 and 9, 2026 email correspondence with Defendant's counsel regarding Plaintiff's request to accept service.

9. Plaintiff's counsel also requested that Defendant's counsel supplement the discovery response containing the incorrect address on March 18, 2026. Defendant's counsel ignored this request. Attached hereto as **Exhibit D** is a true and correct copy of the March 18, 2026 email correspondence with Defendant's counsel requesting his updated address.

10. Defendant has failed to supplement or correct that response despite being explicitly asked to do so.

2

3073025

**II.    DILIGENT SEARCH AND INQUIRY—FIRST PROCESS SERVER (INDIAN ROCKS ROAD ADDRESS)**

11.    On November 14, 2025, Plaintiff retained Lynx Legal Services to effect personal service upon Defendant at 12760 Indian Rocks Road, Apartment 1073, Largo, Florida 33774.

12.    Based on their comprehensive research, Lynx Legal Services was able to determine that Defendant resided at 12760 Indian Rocks Road, Apartment 1073, Largo, Florida 33774.

13.    Process Server Brett Pokorny, Florida Certified Process Server (APS 59364), made the following attempts to serve Defendant at the above address:

a.    November 18, 2025, at 10:59 a.m.: The server knocked at the residence. There was no answer. The blinds were closed, and no sounds or activity were observed.

b.    November 25, 2025, at 8:42 a.m.: The server spoke to a resident through a locked door. A female occupant stated that the subject does not reside at the address.

14.    On December 22, 2025, Process Server Brett Pokorny filed a Verified Return of Non-Service, affirming that after due search and careful inquiry, he was unable to effect service upon Defendant because the Defendant could not be located at the address. Attached hereto as **Exhibit E** is a true and correct copy of Lynx Legal Services' Affidavit of Diligent Search and Inquiry.

**III.    DILIGENT SEARCH AND INQUIRY—FIRST PROCESS SERVER (MERCADO DRIVE ADDRESS)**

15.    Concurrently, Plaintiff also attempted service upon Defendant at a second address identified through a skip trace: 5683 Mercado Drive, Port Richey, Florida 34668.

16.    Process Server Ann Chandler (PPS 9139), of Lynx Legal Services, made the following attempts to serve Defendant at the Mercado Drive address:

3073025

a.      December 10, 2025, at 11:34 a.m.: The server attempted service at 5683 Mercado Drive, Port Richey, FL 34668. The location was an apartment building. The server knocked, but there was no answer. A dog was inside. No other activity was observed. No vehicles were present.

b.      December 13, 2025, at 10:34 a.m.: The server spoke with a resident (the subject's daughter, who did not give her name) who stated that Defendant has not lived at the address since May 2025. The daughter further stated that she and Defendant are not on speaking terms and that the last she heard, he moved to California.

17.      The process server also attempted to contact Defendant by telephone at the following numbers: (502) 240-8482 (disconnected), (310) 402-6949 (left voicemail), (502) 203-5416 (not in service), and (310) 407-9223 (left voicemail).

18.      On December 22, 2025, Process Server Ann Chandler filed a Return of Non-Service, affirming that she failed to find Jonathan Hay or any information to allow further search. *See* **Ex. E**.

## IV.     DILIGENT SEARCH AND INQUIRY—SECOND PROCESS SERVER (INDIAN ROCKS ROAD ADDRESS)

19.      On December 19, 2025, Plaintiff retained a second process server, Derek Kronschnabl (APS-59230), of Lynx Legal Service, LLC, to attempt again service upon Defendant at the same address: 12760 Indian Rocks Road, Building 10, Unit 1073, Largo, Florida 33774.

20.      Process Server Derek Kronschnabl made the following attempts to locate and serve Defendant:

a.      December 19, 2025, at 3:51 p.m.: The server attempted service at the address. The office was closed. The marked parking space for Unit 1073 was vacant. There was

4

3073025

no response at the unit, all blinds were shut, and the unit had a keypad entry and lock box. A neighbor advised that "everyone is upset at all the different people in and out" and confirmed a female has been coming and going from the unit.

b.      December 19, 2025, at 7:50 p.m.: The server attempted service. The gate was locked, and the server could not follow a vehicle in. Defendant's name is not listed in the call box.

c.      December 20, 2025, at 3:20 p.m.: The server attempted service. The gate was locked, and the server could not gain entry.

d.      December 22, 2025, at 10:03 a.m.: The server contacted the property management by telephone. Management advised that Defendant is residing at the unit illegally and had not completed the application form properly—Defendant had only put the owner's information on the application. Management further advised that Defendant had recently undergone knee surgery, and his girlfriend (who does not work) is the one coming and going from the residence. Management stated they were getting the association attorney involved due to Defendant's actions.

e.      December 23, 2025, at 11:55 a.m.: The server attempted service. Blinds were shut, there was no response, no vehicle in the marked parking space for Unit 1073, and no movement could be heard despite continued knocking.

f.      January 5, 2026, at 12:45 p.m.: Blinds shut, no response, no vehicle in marked space 1073.

g.      January 6, 2026, at 4:50 p.m.: Blinds shut, no response, no vehicle in marked space 1073.

h.      January 7, 2026, at 11:52 a.m.: Blinds shut, no response, no vehicle in marked space 1073.

3073025

i.        January 9, 2026, at 2:44 p.m.: Blinds shut, no response, no vehicle in marked space 1073.

j.        January 12, 2026, at 4:03 p.m.: Blinds shut, no response, no movement, no vehicle in marked space 1073.

k.        January 13, 2026, at 11:03 a.m.: Blinds shut, no response, no movement, no vehicle in marked space 1073. A neighbor stated she has not seen any movement next door.

21.        On January 28, 2026, Process Server Derek Kronschnabl filed a Return of Non-Service, affirming that after diligent attempts, he failed to find Jonathan Hay or any information to allow further search. *See* **Ex. E**.

## V.        THIRD ATTEMPTS AND CONFIRMATION DEFENDANT HAS VACATED THE ADDRESS (INDIAN ROCKS ROAD ADDRESS)

22.        After obtaining an extension of time to serve Defendant, Plaintiff retained S & W Process Service to make additional service attempts.

23.        On March 18, 2026, Process Server Brett Pokorny (APS 59364) made two additional attempts at the address:

a.        March 18, 2026, at 3:53 p.m.: Attempted service at 12760 Indian Rocks Rd., Apt. 1073, Largo, FL 33774.

b.        March 18, 2026, at 4:27 p.m.: The server spoke with the current occupant, a Caucasian male, who stated that Defendant was likely the previous occupant. The current occupant contacted the landlord by text message, and the landlord responded that the Defendant had moved to California. The landlord did not have any contact information or a forwarding address. The current occupant moved into the unit approximately two months prior (i.e., around January 2026).

3073025

24.     On March 18, 2026, Process Server Brett Pokorny filed a Verified Return of Non-Service confirming that after due search, careful inquiry, and diligent attempts, he was unable to effect service upon Defendant. Attached hereto as **Exhibit F** is a true and correct copy of Brett Pokorny's Verified Return of Non-Service.

## VI.     PRIVATE INVESTIGATOR'S SKIP TRACE REPORT

25.     In addition to the foregoing attempts, Plaintiff retained a licensed private investigator to conduct a skip trace on Defendant. The investigation produced a comprehensive report dated March 21, 2026.

26.     The investigator's report reflects an extensive address history for Defendant, demonstrating a pattern of transience and frequent relocations resulting in our inability to locate his current address. The following addresses are relevant:

a.     12760 Indian Rocks Rd., Apt. 1073, Largo, FL 33774 – This is the same address we attempted service at 15 times.

b.     b. 5683 Mercado Dr., Port Richey, FL 34668 – We also attempted service at this address twice.

c.     216 Monohan Drive, Louisville, KY 40207 – listed residence from 02/1988 to 03/20/2026

d.     c. Various other Florida and Kentucky addresses reflecting a pattern of moving between locations.

## VII.     DEFENDANT IS CONCEALING HIS WHEREABOUTS UNDER § 48.161(3)

27.     Based on the foregoing, Defendant is concealing his whereabouts within the meaning of Florida Statute § 48.161(3), as evidenced by the following:

a.     Defendant's name is not listed on the call box at the address he claims as

3073025

his residence.

b.      Property management confirmed Defendant was residing illegally at the unit and had not completed proper application forms.

c.      A female occupant stated through a locked door that Defendant does not reside at the address as early as November 25, 2025.

d.      The blinds remained shut at all times, no vehicle was ever present in the marked parking space, and no movement or response was ever observed during eleven (11) separate service attempts over approximately two months.

e.      The landlord at the Indian Rocks Road confirmed Defendant moved to California with no forwarding address or contact information.

f.      Defendant's own daughter confirmed he had not lived at the Mercado Drive address since May 2025 and that the last she heard, he had moved to California. She also stated they are not on speaking terms, indicating that not even Defendant's family are able to assist in locating him.

g.      Defendant provided a false address in discovery responses in a related case, knowing he did not reside there or was in the process of vacating.

h.      Defendant's counsel refused to accept service and ignored requests to supplement the false discovery response.

i.      The private investigator's report reflects a pattern of transience and multiple addresses across several states, with no current property ownership, consistent with a person who frequently relocates to avoid obligations.

j.      Multiple phone numbers associated with Defendant are disconnected or out of service, further evidencing his efforts to avoid contact.

3073025

28. Plaintiff has satisfied the due diligence requirements of Florida Statute § 48.161(4) as follows:

a. **Diligent Inquiry (§ 48.161(4)(a)):** Plaintiff made diligent inquiry and exerted an honest and conscientious effort appropriate to the circumstances to acquire the information necessary to effectuate personal service, including:

i. Retaining three separate process servers to attempt personal service at two different addresses;

ii. Contacting property management to obtain information about Defendant's whereabouts;

iii. Retaining a licensed private investigator to conduct a comprehensive skip trace and locate Defendant;

iv. Requesting that Defendant's counsel in a related matter accept service or provide a current address; and

v. Reviewing Defendant's discovery responses in a related matter for address information.

b. **Reasonable Employment of Knowledge (§ 48.161(4)(b)):** Plaintiff reasonably employed all knowledge at Plaintiff's command, including:

i. Using the address Defendant himself provided in sworn discovery responses (12760 Indian Rocks Rd., Apt. 1073, Largo, FL 33774);

ii. Following up on information obtained from property management regarding Defendant's presence at the address;

iii. Reviewing the investigator's comprehensive report identifying Defendant's known addresses, phone numbers, email addresses, and corporate affiliations; and

3073025

    iv.  Communicating with Defendant's counsel in the related matter

   c.  **Appropriate Number of Attempts (§ 48.161(4)(c)):** Plaintiff made an appropriate number of attempts to serve Defendant, taking into account the particular circumstances, during times when and where Defendant was reasonably likely to be found:

    i.  Process servers made a combined total of at least seventeen (17) service attempts at two different addresses over a period of approximately four months (November 2025 through March 2026);

    ii.  Attempts were made at varying times of day, including mornings (8:42 a.m., 10:03 a.m., 10:59 a.m., 11:03 a.m., 11:52 a.m., 11:55 a.m.), afternoons (12:45 p.m., 2:44 p.m., 3:20 p.m., 3:51 p.m., 3:53 p.m., 4:03 p.m., 4:27 p.m., 4:50 p.m.), and evening (7:50 p.m.);

    iii.  Attempts were made on multiple days of the week; and

    iv.  When Defendant could not be found, process servers made inquiries of neighbors, property management, and the current occupant to obtain additional information.

29. On April 1, 2026, Lynx Legal prepared an Affidavit of Diligent Search on behalf of Plaintiff. *See* **Ex. E**.

## VIII. <u>PLAINTIFF SENT NOTICE OF SERVICE TO DEFENDANT</u>

30. Pursuant to Florida Statute § 48.161(2), on April 7, 2026, Plaintiff sent notice of service and a copy of the process to Defendant's last known physical address and last known electronic address. Based on the investigation and inquiry conducted, Defendant's last known addresses is 12760 Indian Rocks Rd., Apt. 1073, Largo, FL 33774 (address provided by Defendant in discovery responses; Defendant has since vacated this address with no forwarding address), 5683 Mercado Dr., Port Richey, Florida 34668, and 216 Monohan Drive, Louisville, KY 40207.

3073025

Attached hereto as **Exhibit G** are true and correct copies of the receipts for the notice and process sent by certified mail, return receipt requested, to Defendant's last known addresses.

31.    Plaintiff has sent notice of service and a copy of the process by certified mail, return receipt requested, to each of the above physical addresses, by email to jonhay@gmail.com and to Defendant's counsel in the related matter. Pursuant to Florida Statute § 48.161(3), because Defendant is concealing his whereabouts, a return receipt or other proof showing acceptance of receipt of the notice of service by Defendant need not be filed. Attached hereto as **Exhibit H** is a true and correct copy of the email sent to jonhay@gmail.com and his counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 7th day of April, 2026, at Beverly Hills, California.

_____

Jeremiah Reynolds

3073025

# EXHIBIT A

## RETURN OF SERVICE

**State of Florida**

Case Number: 8:25-CV-03091-MSS-SPF

Plaintiff:
**CHRISTOPHER J. WALLACE**

vs.

Defendant:
**JONATHAN HAY**



LIN2026019975

For:
Ronnie Bitman
Bitman O'Brien, PLLC
610 Crescent Executive Court
Suite 112
Lake Mary, FL 32746

Received by WILLIAM RISER on the 1st day of April, 2026 at 5:07 pm to be served on **Jonathan Hay, 12760 Indian Rocks Road, Apartment 1073, Largo, FL 33774**.

I, WILLIAM RISER, do hereby affirm that on the **2nd day of April, 2026** at **1:05 pm, I:**

Served a GOVERNMENT OR PUBLIC AGENCY by delivering a true copy of the 21-Day Summons in a Civil Action, Complaint, Civil Cover Sheet, and Order Granting Extension of Time with the date and hour of service endorsed thereon by me, to: Beryillum Spaulding as Regulatory Specialist for Jonathan Hay, 2415 N Monroe St, STE 810, Tallahassee, FL 32303 and informed said person of the contents therein, in compliance with State Statute 48.111.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: Black, Height: 5'6", Weight: 250, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525.  NOTARY NOT REQUIRED PURSUANT TO FS 92.525

**WILLIAM RISER**
288

**LYNX LEGAL SERVICES**
**201 E. PINE STREET**
**SUITE 740**
**ORLANDO, FL 32801**
**(407) 872-0707**

Our Job Serial Number: LIN-2026019975
Ref: 7106597-001

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

AO 440 (Rev. 06/12) Summons in a Civil Action

*WR288*
*4-2-26*
*1:05pm*

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | |
|---|---|
| CHRISTOPHER J. WALLACE | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) Civil Action No. 8:25-cv-03091-MSS-SPF |
| JONATHAN HAY | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jonathan Hay
12760 Indian Rocks Rd., Apt 1073
Largo, FL 33774

c/o Secretary of State
2415 North Monroe Street, Suite 810
Tallahassee, FL 32303
Pursuant to Florida Statute § 48. **171**
                                    **161**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Bitman O'Brien, PLLC
610 Crescent Executive Ct., Suite 112
Lake Mary, FL 32746

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **Nov 13, 2025**

*Signature of Clerk or Deputy Clerk*

# EXHIBIT B

Gary A. Dordick, Esq. S/B# 128008
Katrina R. Eiden, Esq. S/B# 321331
**DORDICK LAW CORPORATION**
509 South Beverly Drive
Beverly Hills, California 90212
Tel: (310) 551-0949 • Fax: (855) 299-4444
Email: KREeservice@dordicklaw.com

Attorneys For Plaintiff, Jonathan Hay

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF LOS ANGELES**

| | |
|---|---|
| JONATHAN HAY, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>SEAN COMBS, an individual; COMBS ENTERPRISES, LLC, a New York limited liability company; DADDY'S HOUSE RECORDINGS, INC., a New York corporation; CE OPCO, LLC, a Delaware limited liability company; COMBS GLOBAL, an unknown business entity; CHRISTOPHER JORDAN WALLACE, an individual; WILLIE MACK, an individual; NOTORIOUS B.I.G., LLC, a Delaware limited liability company, and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 25SMCV03462<br>(Case Assigned for All Purposes to Hon. Michael E. Whitaker, Dept. 207)<br><br>**PLAINTIFF JONATHAN HAY'S RESPONSE TO DEFENDANT CHRISTOPHER JORDAN WALLACE'S FORM INTERROGATORY NO. 2.5 ONLY**<br><br>**(SET ONE)**<br><br>Action Filed: July 7, 2025<br>Trial Date: Not Set |

**PROPOUNDING PARTY:**       **Defendant, CHRISTOPHER JORDAN WALLACE**

**RESPONDING PARTY:**       **Plaintiff, JONATHAN HAY**

**SET NUMBER:**       **ONE (1)**

1.

PLAINTIFF JONATHAN HAY'S RESPONSES TO DEFENDANT CHRISTOPHER JORDAN WALLACE'S FORM INTERROGATORIE NO. 2.5 ONLY (SET ONE)

**COMES NOW** Plaintiff JONATHAN HAY and answers the discovery propounded by Defendants CHRISTOPHER JORDAN WALLACE pursuant to section 2030.010, *et seq.*, of the California *Code of Civil Procedure* as follows:

Plaintiff has not completed the investigation of the facts relating to this case, has not completed discovery in this action, and has not completed preparation for trial.

All of the answers contained herein are based only upon such information and documents which are presently available to and specifically known to Plaintiff and disclose only those contentions which are based upon facts presently known to Plaintiff. It is anticipated that further discovery and investigation will supply additional facts which will, in turn, clarify and add meaning to known facts, as well as to establish entirely new factual matters, all of which will lead to substantial additions to, changes in, and variations from the contentions herein set forth.

The following responses are given without prejudice to Plaintiff's right to produce evidence of subsequently discovered facts. Plaintiff accordingly reserves the right to amend answers herein as additional facts are ascertained. For the purpose of making a good faith effort to comply with the spirit of the California Discovery Law, Plaintiff files the within responses.

///

///

///

///

///

///

///

///

///

///

///

///

2.

PLAINTIFF JONATHAN HAY'S RESPONSES TO DEFENDANT CHRISTOPHER JORDAN WALLACE'S FORM INTERROGATORIE NO. 2.5 ONLY (SET ONE)

**RESPONSES TO FORM INTERROGATORIES**

**(SET ONE)**

**FORM INTERROGATORY NO. 2.5:**

State:

(a)      your present residence ADDRESS;

(b)      your residence ADDRESSES for the past five years; and

(c)      the dates you lived at each ADDRESS.

**RESPONSE TO FORM INTERROGATORY NO. 2.5:**

Objection. The information sought in this discovery request is equally available to the propounding party. (Code of Civ. Proc., § 2030.220 subd. (c); and Alpine Mutual Water Co. v. Superior Court (1968) 259 Cal.App.2d 45 [66 Cal.Rptr. 250].). This interrogatory is overbroad in time and scope and is, therefore, burdensome, harassing, and oppressive. Subject to and without waiving the same, the Plaintiff responds as follows:

(a)      12760 Indian Rocks Road, Largo, FL 33774

(b)      1) 12760 Indian Rocks Road, Largo, FL 33774

         2) 5683 Mercado Drive, Port Richey, FL, 34668

(c)      1) Approximately April 2025 to the present.

         2) Approximately 04/2024 to 04/2025.

DATED: January 5, 2026          DORDICK LAW CORPORATION

By: _____
         Katrina R. Eiden, Esq.
         Gary A. Dordick, Esq
         Attorneys for Plaintiff

3.

PLAINTIFF JONATHAN HAY'S RESPONSES TO DEFENDANT CHRISTOPHER JORDAN WALLACE'S FORM INTERROGATORIE NO. 2.5 ONLY (SET ONE)

Docusign Envelope ID: 83253A47-994A-4687-AEF7-49DCDDE104EB

<u>**VERIFICATION**</u>

STATE OF FLORIDA           )
                          ) ss
COUNTY OF PINELLAS        )

I am the plaintiff in the captioned matter.  I am familiar with the contents of the foregoing **PLAINTIFF JONATHAN HAY'S RESPONSE TO DEFENDANT CHRISTOPHER JORDAN WALLACE'S FORM INTERROGATORY NO. 2.5 ONLY (SET ONE)**.

The information supplied therein is based on my own personal knowledge and/or has been supplied by my attorneys or other agents and is therefore provided as required by law.  The information contained in the foregoing document is true, except as to the matters which were provided by my attorneys or other agents, and as to those matters, I am informed and believe that they are true.

Executed this _____1/5/2026_____ at Largo, FL.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DocuSigned by:

*Jonathan Hay*

_____
JONATHAN HAY
6A9FA51A0EF54FC...

**PROOF OF SERVICE**
*Hay, Jonathan v. Combs, Sean, et al.*
**Case No: 25SMCV03462**

STATE OF CALIFORNIA          )
                                          )          ss.
COUNTY OF LOS ANGELES      )


       I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 1122 Wilshire Boulevard Los Angeles, CA 90017.

       On January 5, 2026, I served the foregoing documents described as **PLAINTIFF JONATHAN HAY'S RESPONSE TO DEFENDANT CHRISTOPHER JORDAN WALLACE'S FORM INTERROGATORY NO. 2.5 ONLY (SET ONE)** on all parties as follows:

**[SEE ATTACHED SERVICE LIST]**

( )          **BY UNITED STATES MAIL.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed below and

( )                    deposited the sealed envelope with the United States Postal Service with postage fully prepaid.

( )                    placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

                    I am employed in the county where the mailing occurred.  The envelope or package was placed in the mail at Los Angeles, California.

( )          **BY OVERNIGHT DELIVERY.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons listed in the attached service list.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

4.

PLAINTIFF JONATHAN HAY'S RESPONSES TO DEFENDANT CHRISTOPHER JORDAN WALLACE'S FORM INTERROGATORIE NO. 2.5 ONLY (SET ONE)

( )      **BY MESSENGER SERVICE.** I placed the documents in an envelope or package addressed to the persons at the addresses listed in the attached service list and providing them to a messenger service for service.

( )      **BY PERSONAL SERVICE.** I caused such documents to be delivered personally delivered to the persons addresses listed below.

( )      For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office, between normal business hours.

( )      For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between normal business hours.

( )      **BY FAX TRANSMISSION.** I caused all of the pages of the above-entitled document to be sent to the recipients noted on the attached service list via electronic transfer (FAX) at the respective FAX numbers pursuant to C.C.P. §1013(e) from DORDICK LAW CORPORATION on the date set forth above. The machine I used complied with California Rules of Court, Rule 2.306(h)(3) and no error was reported by the machine.

(X)     **BY ELECTRONIC SERVICE [E-MAIL]** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address Gustavo.gonzalez@dordicklaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Executed on January 5, 2026, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
GUSTAVO GONZALEZ-RAMOS

5.

PLAINTIFF JONATHAN HAY'S RESPONSES TO DEFENDANT CHRISTOPHER JORDAN WALLACE'S FORM INTERROGATORIE NO. 2.5 ONLY (SET ONE)

<u>**SERVICE LIST**</u>
*Hay, Jonathan v. Combs, Sean, et al.*
**Case No: 25SMCV03462**

Michael Schonbuch, Esq.
Lilah N. Cook, Esq.
**SCHONBUCH HALLISSY LLP**
11999 San Vicente Boulevard, Suite 300
Los Angeles, California 90049
  Phone: (310) 556-7900
  Email: cook@schonbuchhallissy.com
    schonbuch@schonbuchhallissy.com
    ramler@schonbuchhallissy.com
    espinoza@schonbuchhallissy.com
    Baker@schonbuchhallissy.com
    beltran@schonbuchhallissy.com
    bivgreenberg@eisnerlaw.com
    docketing@eisnerlaw.com

*Attorneys for Defendants, SEAN COMBS; COMBS ENTERPRISES, LLC; COMBS GLOBAL; CE OPCO, LLC; DADDY'S HOUSE RECORDINGS, INC.*

Jeremiah Reynolds, Esq.
Sherene Tagharobi, Esq.
**EISNER, LLP**
433 N. Camden Dr., 4th Floor
Beverly Hills, California 90210
  Telephone: (310) 855-3200
  Facsimile: (310) 855-3201
  Email: jreynolds@eisnerlaw.com
    stagharobi@eisnerlaw.com

*Attorneys for Defendants, CHRISTOPHER JORDAN WALLACE*

Elizabeth Afriyie, Esq.
**BeatriceT Law**
9465 Wilshire Blvd. Ste 300
Beverly Hills, CA 90212
Telephone: 213-794-7580
  Email: ea@beatricetlaw.com

*Attorneys for Defendant, WILLIE MACK*

6.

PLAINTIFF JONATHAN HAY'S RESPONSES TO DEFENDANT CHRISTOPHER JORDAN
WALLACE'S FORM INTERROGATORIE NO. 2.5 ONLY (SET ONE)

# EXHIBIT C

| | |
|---|---|
| **From:** | Katrina Eiden |
| **To:** | Jeremiah Reynolds; Gustavo Gonzalez-Ramos; Sherene Tagharobi; Lilah Cook; Michael Schonbuch; Jack Ramler; Yvett Espinoza; Kinji Hithe Baker; Kelly Beltran; Braeden Greenberg; Docketing; Elizabeth Afriyie |
| **Cc:** | Katrina Eiden Eservice List |
| **Subject:** | Re: Hay, Jonathan v. Combs, Sean, et al. |
| **Date:** | Friday, January 9, 2026 5:36:33 PM |
| **Attachments:** | image001.png |
| | image003.png |
| | 0db1d81d-429f-4b37-95c4-b2a5bb454d19.png |

Jeremiah,

Your request to hold Plaintiff's deposition at your office in Beverly Hills is completely improper pursuant to California Code of Civil Procedure section 2025.250(a) and is denied.

As you are well aware from Plaintiff's discovery response, Plaintiff currently resides in Florida. There is no legal basis to compel Plaintiff --an out of state resident, to travel to Beverly Hills for deposition simply because it is convenient for defense counsel.

We also reject your insinuations that Plaintiff is "illegally" residing at his residence in Florida or avoiding service. Those accusations are baseless, inflammatory, and false.

Any alleged service attempts in connection with another matter that Defendant through nothing but gamesmanship filed a completely separate federal action has nothing to do with this case. As we have already made clear, we do not represent Plaintiff in any other action and have no obligation to assist Defendant in attempting service in a separate case. Your effort to conflate unrelated proceedings with discovery issues in this action is improper.

Moreover, based on your own representations, Defendant's retained process server already had Plaintiff's address from building management *before* Plaintiff served verified discovery responses in this case, yet was still allegedly unable to effect service. That circumstance does not support the accusations you have made; it underscores deficiencies with Defendant's own service efforts. If Defendant's retained service vendor has failed to perform competently, that issue lies squarely with Defendant and is not attributable to Plaintiff.

Thanks,
Katrina



## Katrina Eiden

Associate Attorney

**DORDICK LAW CORPORATION**
Beverly Hills  •  Downtown Los Angeles  •  Riverside
Direct/Text (424) 261-7936
(800) 555-5595  (310) 551-0949
Fax: (424) 261-7936
katrina.eiden@dordicklaw.com
www.Dordicklaw.com



All correspondence to: 1122 Wilshire Boulevard, Los Angeles, CA 90017

*This message is privileged, confidential, and intended only for the above-named individual. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited. If you have received this communication in error, please notify the sender.*

**From:** Jeremiah Reynolds <jreynolds@eisnerlaw.com>
**Sent:** Thursday, January 8, 2026 4:12 PM
**To:** Katrina Eiden <katrina.eiden@dordicklaw.com>; Gustavo Gonzalez-Ramos <gustavo.gonzalez@dordicklaw.com>; Sherene Tagharobi <stagharobi@eisnerlaw.com>; Lilah Cook <cook@schonbuchhallissy.com>; Michael Schonbuch <schonbuch@schonbuchhallissy.com>; Jack Ramler <ramler@schonbuchhallissy.com>; Yvett Espinoza <espinoza@schonbuchhallissy.com>; Kinji Hithe Baker <baker@schonbuchhallissy.com>; Kelly Beltran <beltran@schonbuchhallissy.com>; Braeden Greenberg <bivgreenberg@eisnerlaw.com>; Docketing <docketing@eisnerlaw.com>; Elizabeth Afriyie <ea@beatricetlaw.com>
**Cc:** Katrina Eiden Eservice List <KREeservice@dordicklaw.com>
**Subject:** RE: Hay, Jonathan v. Combs, Sean, et al.

Dear Katrina,

I write regarding the address provided for Mr. Hay in these responses to interrogatories wherein he claims to be residing at 12760 Indian Rocks Road, Largo, FL 33774 . It notable that your client fails to provide an apartment number even though he is residing in a large apartment building. This alone demonstrates his continuing efforts to avoid service of process in Florida. That said, our process servers attempting to serve our lawsuit against Mr. Hay in Florida for the last several weeks have already been told by building management that he is presently illegally residing in Apartment 1073. Please confirm that this is the correct apartment number for Mr. Hay.

Our servers have made over **seven attempts** to serve Mr. Hay over the last few weeks and he is deliberately avoiding service. We will be asking the federal court to order Mr. Hay to reimburse our client for the high amount of fees, costs and expenses incurred as a result of his deliberate refusal to accept service through his attorneys.

Finally, please provide several available dates for Mr. Hay's deposition within the next 30 days to occur in our offices in Beverly Hills.



**Jeremiah Reynolds**
Partner



Eisner, LLP
433 N. Camden Drive | 4th Floor | Beverly Hills, CA 90210
T 310-855-3200 | D 310.888.4119| F 310-855-3201 | M 310.780.4774
jreynolds@eisnerlaw.com  |  www.eisnerlaw.com

**From:** Gustavo Gonzalez-Ramos <gustavo.gonzalez@dordicklaw.com>
**Sent:** Monday, January 5, 2026 5:48 PM
**To:** Jeremiah Reynolds <jreynolds@eisnerlaw.com>; Sherene Tagharobi <stagharobi@eisnerlaw.com>; Lilah Cook <cook@schonbuchhallissy.com>; Michael Schonbuch <schonbuch@schonbuchhallissy.com>; Jack Ramler <ramler@schonbuchhallissy.com>; Yvett Espinoza <espinoza@schonbuchhallissy.com>; Kinji Hithe Baker <baker@schonbuchhallissy.com>; Kelly Beltran <beltran@schonbuchhallissy.com>; Braeden Greenberg <bivgreenberg@eisnerlaw.com>; Docketing <docketing@eisnerlaw.com>; Elizabeth Afriyie <ea@beatricetlaw.com>
**Cc:** Katrina Eiden <katrina.eiden@dordicklaw.com>; Katrina Eiden Eservice List <KREeservice@dordicklaw.com>
**Subject:** Hay, Jonathan v. Combs, Sean, et al.

Good afternoon counsel,

Enclosed, please find the attachment below regarding the above-referenced matter:

- **PLAINTIFF JONATHAN HAY'S RESPONSE TO DEFENDANT CHRISTOPHER JORDAN WALLACE'S FORM INTERROGATORY NO. 2.5 ONLY (SET ONE)**

Best regards,

## Gustavo Gonzalez-Ramos

Paralegal

**DORDICK LAW CORPORATION**
Beverly Hills  •  Downtown Los Angeles  •  Riverside
Direct/Text (424) 407-4658
(800) 555-5595  (310) 551-0949
Fax: (424) 407-4658
gustavo.gonzalez@dordicklaw.com
www.Dordicklaw.com



All correspondence to: 1122 Wilshire Boulevard, Los Angeles, CA 90017

This message is privileged, confidential, and intended only for the above-named individual. If you are not the intended recipient, any dissemination, distribution, or copying is strictly prohibited. If you have received this communication in error, please notify the sender.

# EXHIBIT D

**Ari D. Wininger**

---

**From:**      Ari D. Wininger
**Sent:**       Wednesday, March 18, 2026 2:31 PM
**To:**         Katrina Eiden
**Cc:**         Jeremiah Reynolds; Lena Cohen; Katrina Eiden Eservice List
**Subject:**    Hay, Jonathan v. Combs, Sean, et al. – Plaintiff Hay's Responses to FROGs Set One

Counsel,

I am writing regarding Plaintiff's response to Form Interrogatory No. 2.5, which requested Plaintiff's current address and all addresses where Plaintiff resided during the past five years. In Plaintiff's response, Plaintiff identified 12760 Indian Rocks Road, Largo, FL 33774 as his current address, but we recently learned this is not accurate and has not been accurate for some time.

As you know, California Code of Civil Procedure section 2030.220 requires that each answer to an interrogatory "shall be as complete and straightforward as the information reasonably available to the responding party permits." Additionally, section 2030.220(c) requires that the responding party make a "reasonable and good faith effort" to obtain the information necessary to respond to interrogatories. It appears that Plaintiff's response to Form Interrogatory No. 2.5 does not comply with sections 2030.220. Please amend Plaintiff's response to provide Plaintiff's accurate current address by March 20, 2026.

Best,
Ari

**Ari Wininger**
Associate

EISNER

Eisner, LLP
433 N. Camden Drive | 4th Floor | Beverly Hills, CA 90210
T 310-855-3200 | D 310.888.4121| F 310-855-3201
awininger@eisnerlaw.com  |  www.eisnerlaw.com

1

# EXHIBIT E

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF FLORIDA

CHRISTOPHER J. WALLACE,

Plaintiff,                                    Case # 8:25-cv-03091-MSS-SPF

vs.

JONATHAN HAY,

Defendant,

## AFFIDAVIT OF DILIGENT SEARCH AND INQUIRY

I, Caleb Ramos, of Lynx Legal Services, LLC., being sworn, certify that the following information is true to my knowledge: Lynx Legal Services, LLC has made diligent search and inquiry to discover the current residence/business address of JONATHAN HAY. The following efforts were made:

__X___          Inquiry of Social Security Information

__X___          Telephone listings in the last known locations of Defendant's residence

__X___          Statewide directory assistance search

__X___          Internet people finder search (Facebook, etc.)

__X___          Voter Registration in the area where the Defendant was last known to reside.

__X___          Nationwide Masterfile Death Search

__X___          Tax Collector's and Tax Assessor's records in the area where the Defendant was

                last known to reside.

__X___   Department of Motor Vehicle Records and Driver's License Records in the State

the Defendant was last known to reside.

__X___   Federal Prison Records Search

__X___   Department of Corrections in the State the Defendant was last known to reside.

__X___   Regulatory Agencies for Professional or Occupational Licensing

__X__   Last known Employment of Defendant

Additional efforts made to locate, JONATHAN HAY,

We have done a comprehensive search (Skip Trace) to locate a good address for service on subject. **Based on the comprehensive report for JONATHAN HOWARD HAY the best possible addresses are 5683 MERCADO DR, PORT RICHEY, FL 34668-6899 (PASCO COUNTY) (08/18/2024 to 12/05/2025); 1200 MALLARD CREEK RD, LOUISVILLE, KY 40207-5825 (JEFFERSON COUNTY) (09/24/2018 to 07/30/2025)**

**Date of Birth: 12/16/1973, Subject is 51 years of age, White, Male, 5'11"**

**Subject does not show any currently registered vehicles.**

**Possible phone numbers:**
**(502) 240-8482 (ET) (Mobile) (90%)**
**(310) 402-6949 (PT) (Mobile) (88%)**
**(502) 203-5416 (ET) (Mobile) (88%)**
**(310) 407-9223 (PT) (Mobile) (88%)**

Efforts to serve JONATHAN HAY began in November 2025,

**11/18/2025 @ 10:59am: 1st attempt at 12760 Indian Rocks Road, Apartment 1073, Largo, FL 33774.** Server knocked, no answer. Blinds closed. No sounds or activity observed.

**11/25/2025 @ 8:42am: 2nd attempt at 12760 Indian Rocks Road, Apartment 1073, Largo, FL 33774.** Server spoke to resident through locked door. Female occupant stated that subject does not reside at the address.

**12/10/2025 @ 11:34am: 1st attempt at 5683 Mercado Drive, Port Richey, FL 34668.** Apartment building. Sever knocked, no answer. Dog inside. No other activity observed. No vehicles present.

**12/13/2025 @ 10:34am: 2nd attempt at 5683 Mercado Drive, Port Richey, FL 34668.** Server spoke with resident (subject's daughter, did not give name) who stated subject hasn't lived here since May 2025. They are not on speaking terms and last she heard he moved to California. Vehicle in driveway tag # DR52FR.

Called numbers given:
(502) 240-8482 - disconnected
(310) 402-6949 - left a voicemail
(502) 203-5416 - not in service
(310) 407-9223 - left a voicemail

**12/19/2025 @ 3:51pm: Attempted Service at 12760 Indian Rocks Road, Apartment 1073, Largo, FL 33774.** This address is for a private condo located within a gated community called The New Atlantis Club Condominiums. Gate open; management office closed. Server knocked, no answer. No noise or movement heard. Blinds shut. There's a key lock box on the door. The door also has a keypad entry. No further activity observed. The assigned parking spot for 1073 is empty. Server spoke with several neighbors who advised they're all upset with the amount of different people coming in and out of this unit. It's believed to be a AirBNB and last person seen coming and going from the unit was a female. No names or additional information given.

**12/19/2025 @ 7:50pm: 2nd attempt at 12760 Indian Rocks Road, Apartment 1073, Largo, FL 33774.** Community gate shut; no access. Management office closed. No residents coming or going to assist with entry and/or follow in. The subject's not isn't listed on the call box. No further activity observed.

**12/20/2025 @ 3:20pm: 3rd attempt (Saturday) at 12760 Indian Rocks Road, Apartment 1073, Largo, FL 33774.** Community gate shut; no access. Management office closed. No residents coming or going to assist with entry and/or follow in. The subject's name isn't listed on the call box; however, there's a similar name listed, "Hayden J.". Server called but received no answer.

**12/23/2025 @ 11:55am: 4th attempt at 12760 Indian Rocks Road, Apartment 1073, Largo, FL 33774.** Server knocked, no answer. No noise or movement heard. No vehicle in the assigned parking spot. No activity observed. Server spoke with the management office, who confirmed that the subject does reside at this address; however, he is residing there illegally, as he completed the rental agreement using the owner's information rather than his own. Staff also mentioned that he recently had knee surgery, so they believe he may still be hospitalized but also mentioned he has a live-in girlfriend, which may explain the female neighbors have seen coming and going from the unit and she does not work, so they are unsure why no one answered the door. No further information provided.

**1/5/2026 @ 12:45pm: 5th attempt at 12760 Indian Rocks Road, Apartment 1073, Largo, FL 33774.** Server knocked, no answer. No noise, no movement heard. blinds closed, no light from within the property. Server observed no vehicles parked in space 1073. Server spoke with the Owners Association who confirmed they have no records of the amounts paid for the owner of the unit. No further information provided at this time.

**1/6/2026 @ 4:50pm: 6th attempt at 12760 Indian Rocks Road, Apartment 1073, Largo, FL 33774.** Server knocked, no answer. Blinds closed, lights off. No noise, no movement heard. No activity observed. No vehicles present in assigned parking spaces.

**1/7/2026 @ 11:52am: 7th attempt at 12760 Indian Rocks Road, Apartment 1073, Largo, FL 33774.** Server knocked several times, no answer. No noise, no movement heard within the property. No activity observed. No vehicles present in assigned spaces at this time. The server spoke with an employee of the leasing office and advised they would like to get in contact with a manager to speak about the attorneys request for the subject residing illegally. Leasing employee advised they would take down the server contact information and look to schedule a meeting.

**1/8/2026 @ 3:50pm: Attempted service at 12760 Indian Rocks Road, Apartment 1073, Largo, FL 33774.** Server called the "New Atlantis Club Condominiums office and spoke with the Manager, Gigi. Gigi advised that the attorney requesting the information needs to email them directly. Gigi stated they would be able to forward the request from the attorney to the Homeowners Association attorney. Gigi also stated they are unable to produce any documents for the server directly. They stated the attorneys must talk to each other to see if the request is possible. Gigi provided a phone number and email for correspondence.

> P#: 727-595-5511
> Email: gpelosi@resourcepropertymgmt.com

**1/9/2026 @ 2:44pm: 8th attempt at 12760 Indian Rocks Road, Apartment 1073, Largo, FL 33774.** No change. Server knocked, no answer. Blinds shut, lights off. No noise, no movement heard. No other activity observed. No vehicle present in assigned parking spot. Server noted that the subject may not answer as they are in a fight with the Homeowners Association to continue to reside and therefore may not open the door.

**1/12/2026 @ 4:03pm: 9th attempt at 12760 Indian Rocks Road, Apartment 1073, Largo, FL 33774.** Server knocked, no answer. No noise or movement heard. Blinds closed. No vehicle present in the assigned parking spot. No further activity observed.

**1/13/2026 @ 11:03am: 10th attempt at 12760 Indian Rocks Road, Apartment 1073, Largo, FL 33774.** No change. Server knocked, no answer. Blinds closed, no noise or movement heard. No other activity observed. No vehicles in marked space present. Server was able to make contact with a neighbor who advised they have seen no movement from this unit in a while. The neighbor was unsure who lived there. No further information provided.

**3/26/2026 @ 4:10pm: 1st attempt at 12760 Indian Rocks Road, Apartment 1073, Largo, FL 33774.** Bad address. Server spoke with an office employee who advised the owner of the building had the subject removed from the unit. They have since emptied it and a new tenant now resides. Jonathan is no longer at this address. They did not have a forwarding address for the subject. No further information provided.

**Current residence/business information:**

a. __X__ The current physical residence/business address for JONATHAN HAY is unknown to me.

b. _____ The current residence/business address of JONATHAN HAY in some State or Country other than Florida and the last known address is:

_____

c. _____ Having residence in Florida, JONATHAN HAY has been absent from Florida for more than 60 days prior to the date of the Affidavit or conceals him/herself so that process cannot be served personally upon him/her. I believe there is no person in the State upon whom service of process would bind this absent or concealed individual.

d. _____ As of April 1, 2026, JONATHAN HAY resides at **5683 Mercado Drive, Port Richey, FL 34668** and is avoiding service.

I understand that I am swearing or affirming under oath the truthfulness of the claims made in this affidavit and that the punishment for knowingly making a false statement includes fines and/or imprisonment. I am over the age of 18, of sound mind and neither a party to, server or interested in the above suit. I have reviewed the comments provided by the servers involved and prepared this diligence report.

Date: 04/1/26

Reggi Simmons
Lynx Legal Services,
a U.S. Legal Support company
201 E. Pine Street, Suite 740
Orlando, FL 32801
(407) 872-0707

STATE OF FLORIDA
COUNTY OF ORANGE

Sworn to or affirmed and signed before me on the ___1___ day of ___April___ 2026, by Reggi Simmons.

_____
Notary Public – State of Florida
Caleb Ramos

Personally Known _____ OR Produced Identification _____ Type of ID produced

Notary Public State of Florida
Caleb Ramos
My Commission HH 478702
Expires 2/2/2028

Job #: 2025073244,
2025083484,
2026019975

# EXHIBIT F

# VERIFIED RETURN OF NON-SERVICE

Job # 372536

**Client Info:**

EISNER, LLP
ARI WININGER, ESQ.
433 N. Camden Drive, 4th Floor
Beverly Hills, CA  90210

**Case Info:**

| | |
|---|---|
| **PLAINTIFF(S):** | UNITED STATES DISTRICT COURT |
| CHRISTOPHER J. WALLACE | Court Division: MIDDLE DISTRICT OF FLORIDA |
| -versus- | Court Case # **8:25-cv-03091-MSS-SPF** |
| **DEFENDANT(S):** | |
| JONATHAN HAY | |

**Service Info:**

**Date Received: 3/17/2026** at **03:23 PM**
Service: I Non-Served **Jonathan Hay**
**ENDORSED ORDER GRANTING Plaintiff's Motion for Extension of Time to Serve Defendant; SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET**

**At Residence 12760 INDIAN ROCKS RD., APT 1073 LARGO, FL 33774**
On **3/18/2026** at **04:27 PM**
**Manner of Service:**
[X] **Non-service:** After due search, careful inquiry and diligent attempts at the address(es) listed below, I have been unable to effect the process upon the person/entity being served because of the following reason(s):

[X] Other:

**Service was Attempted on:**

**(1) 3/18/2026** at **03:53 PM**, by **Brett Pokorny** Loc: **12760 Indian Rocks Rd., Apt 1073, Largo, FL 33774**   Latitude: **27.888919**   Longitude:**-82.833112**
**(2) 3/18/2026** at **04:27 PM**, by **Brett Pokorny** Loc: **12760 Indian Rocks Rd., Apt 1073, Largo, FL 33774**   Latitude: **27.889712**   Longitude:**-82.837248**
**Notes:** Per the current occupant, a Caucasian male, very lean and tall, with an accent, stated that the subject was likely the previous occupant. He contacted the landlord by text, and the landlord responded that the subject had moved to California. They did not have any contact information or a forwarding address. The current occupant moved in a couple of months ago.

I **Brett Pokorny** acknowledge that I am over the age of 18, authorized to serve process, in good standing in the jurisdiction wherein service was effected in accordance with State Statute, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. FS.92.525(2).

_(signature)_

**Brett Pokorny**
Lic # **APS 59364**

**S & W Process Service**
2801 N. Florida Avenue
Tampa, FL 33602
Phone: (813) 251-9197

Our Job # **372536**





1 of 1

INITIAL 1733T
DATE: 3/18/2026 TIME: 04:27 PM
MARITAL STATUS: NA

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | | |
|---|---|---|
| CHRISTOPHER J. WALLACE | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 8:25-cv-03091-MSS-SPF |
| JONATHAN HAY | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jonathan Hay
12760 Indian Rocks Rd., Apt 1073
Largo, FL 33774

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Bitman O'Brien, PLLC
610 Crescent Executive Ct., Suite 112
Lake Mary, FL 32746

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

MistiBean

Date:  **Nov 13, 2025**

_____
*Signature of Clerk or Deputy Clerk*

# EXHIBIT G

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CASE NO: 8:25-cv-03091-MSS-SP**

CHRISTOPHER J. WALLACE,

      Plaintiff,

v.

JONATHAN HAY,

      Defendant.

_____/

**NOTICE OF SERVICE OF PROCESS**

Please take notice that this action has been commenced against you in the United States District Court, Middle District of Florida, Tampa Division, Case No. 8:25-cv-03091, styled *Christopher J. Wallace v. Jonathan Hay*.

On April 2, 2026, pursuant to Florida Statute § 48.161, service of process was effected upon you by serving the Florida Secretary of State as your statutory agent for service of process.

In compliance with the statute, enclosed with this Notice is a true and correct copy of the process served, including the Summons and Complaint filed in this action.

This Notice and the enclosed process are being sent to you by certified mail, at your last known addresses, and by email to jonhay@gmail.com and to your counsel in the California matter (Case No. 25SMCV03462).

You are required to serve a written response to the Complaint within the time prescribed by law. Failure to do so may result in the entry of a default and the granting of the relief requested in the Complaint.

RESPECTFULLY SUBMITTED this 6th day of April, 2026.

BITMAN O'BRIEN, PLLC

/s/ Ronnie Bitman, Esq.
Ronnie Bitman, Esquire
Fla. Bar No. 0744891
rbitman@bitman-law.com
acrown@bitman-law.com
610 Crescent Executive Ct., Ste. 112
Lake Mary, FL 32746
Telephone: 407.815.3110

Jeremiah Reynolds*
Eisner, LLP
jreynolds@eisnerlaw.com
433 N. Camden Drive, 4th Floor
Beverly Hills, CA 90210
Telephone: (310) 855-3200
*Attorneys Pro hac Vice for*
*Plaintiff Christopher J. Wallace*

2

## PROOF OF SERVICE

**Christopher J. Wallace v. Jonathan Hay**
**Case No. 8:25-cv-03091**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 433 N. Camden Dr., 4th Floor, Beverly Hills, California 90210.

On April 7, 2026, I served true copies of the following document(s) described as **NOTICE OF SERVICE OF PROCESS** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CERTIFIED U.S. MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with the practice of Eisner, LLP for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am a resident or employed in the county where the mailing occurred.  The envelope was placed in the mail at Beverly Hills, California.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused the document(s) to be sent from nnatelsky@eisnerlaw.com to the persons at the e mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 7, 2026, at Beverly Hills, California.

_____
Nancy Natelsky

1

**SERVICE LIST**
**Christopher J. Wallace v. Jonathan Hay**
**Case No. 8:25-cv-03091**

Ronnie Bitman
Bitman O'Brien & Morat, PLLC
610 Crescent Executive Ct., Ste. 112
Lake Mary, FL 32746
Tel: 407.815.3110
Email: rbitman@bitman-law.com
cc: acrown@bitman-law.com

*BY ELECTRONIC MAIL ONLY*

Jonathan Hay
12760 Indian Rocks Rd., Apt. 1073
Largo, FL 33774

and

5683 Mercado Drive
Port Richey, FL 34668

and

216 Monohan Drive
Louisville, KY 40207

Email: jonhay@gmail.com

*BY CERTIFIED U.S. MAIL and ELECTRONIC
MAIL*

*Attorneys for Plaintiff*
Christopher J. Wallace

*Defendant*

2



**CERTIFIED MAIL®**

9589 0710 5270 3506 6726 17



FIRST-CLASS

US POSTA
ZIP 90210
02 7H
0001310315

# EISNER

Jonathan Hay
12760 Indian Rocks Rd.
Apt. 1073
Largo, FL 33774

433 N. Camden Ave. 4th Floor, Beverly Hills, CA 90210

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jonathan Hay
12760 Indian Rocks Rd.
Apt. 1073
Largo, FL 33774

9590 9402 9947 5335 5846 86

2. Article Number (Transfer from service label)

9589 0710 5270 3506 6726 17

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



CERTIFIED MAIL®

9589 0710 5270 3506 6726 00



FIRST-CLASS

US POSTAGE

ZIP 90210
02 7H
0001310315

EISNER

Jonathan Hay
5683 Mercado Dr.
Port Richey, Florida 34668

433 N. Camden Ave. 4th Floor, Beverly Hills, CA 90210

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jonathan Hay
5683 Mercado Dr.
Port Richey, FLA 34668

9590 9402 9947 5335 5846 55

2. Article Number *(Transfer from service label)*

9589 0710 5270 3506 6726 00

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X    ☐ Agent
     ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



CERTIFIED MAIL®

9589 0710 5270 3506 6725 87



FIRST-CLASS

US POSTAGE

# EISNER

**Jonathan Hay**
**216 Monohan Drive**
**Louisville, KY 40207**

433 N. Camden Ave. 4th Floor, Beverly Hills, CA 90210

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jonathan Hay
216 Monahan Drive
Louisville, KY 40207

9590 9402 9947 5335 5846 62

2. Article Number *(Transfer from service label)*

9589 0710 5270 3506 6725 87

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

# EXHIBIT H

| | |
|---|---|
| **From:** | Nancy Natelsky |
| **To:** | jonhay@gmail.com |
| **Cc:** | gary@dordicklaw.com; katrina.eiden@dordicklaw.com; gustavo.gonzalez@dordicklaw.com; Ronnie Bitman; Alexandria Crown; Jeremiah Reynolds; Lena Cohen; Ari D. Wininger; Braeden Greenberg |
| **Subject:** | Christopher J. Wallace v. Jonathan Hay (Case No. 8:25-cv-03091-MSS-SP) |
| **Date:** | Tuesday, April 7, 2026 10:25:00 AM |
| **Attachments:** | 260407 - Wallace"s Ntc of Service of Process.pdf |
| | image001.png |
| | 251112 - [Dkt. 1] Complaint.pdf |
| | 251113 - [Dkt. 5] Summons Issued to Hay.pdf |
| | 251112 - [Dkt. 1-2] Civil Cover Sheet.pdf |

Mr. Hay,

Attached for notice of service, please find the following documents that have also been sent via U.S. Certified mail to the addresses listed in the Notice.

- NOTICE OF SERVICE OF PROCESS

- COMPLAINT

- SUMMONS

- CIVIL COVER SHEET

Best regards,

**Nancy Natelsky**
Legal Assistant

**EISNER**

Eisner, LLP
433 N. Camden Drive | 4th Floor | Beverly Hills, CA 90210
T 310-855-3200 | D 310.855.4128| F 310-855-3201
nnatelsky@eisnerlaw.com  | www.eisnerlaw.com

Dated: April 7, 2026                                    BITMAN O'BRIEN, PLLC


/s/ Ronnie Bitman, Esq.
Ronnie Bitman, Esquire
Fla. Bar No. 0744891
rbitman@bitman-law.com
acrown@bitman-law.com
610 Crescent Executive Ct., Ste. 112
Lake Mary, FL 32746
Telephone: 407.815.3110

and


Jeremiah Reynolds *(Pro Hac Vice )*
jreynolds@eisnerlaw.com
EISNER, LLP
433 N. Camden Dr., 4th Floor
Beverly Hills, California 90210
(310) 855-3200

*Attorneys for Christopher J. Wallace*
(*Pro Hac Vice pending* )

3073025

Dated: April 7, 2026

BITMAN O'BRIEN, PLLC


/s/ Ronnie Bitman, Esq.
Ronnie Bitman, Esquire
Fla. Bar No. 0744891
rbitman@bitman-law.com
acrown@bitman-law.com
610 Crescent Executive Ct., Ste. 112
Lake Mary, FL 32746
Telephone: 407.815.3110

and


Jeremiah Reynolds *(Pro Hac Vice )*
jreynolds@eisnerlaw.com
EISNER, LLP
433 N. Camden Dr., 4th Floor
Beverly Hills, California 90210
(310) 855-3200

*Attorneys for Christopher J. Wallace*
(*Pro Hac Vice pending* )

3073025