UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER J. WALLACE

       Plaintiff,

    v.                               Case No.:  8:25-cv-3091-MSS-SPF

JONATHAN HAY

       Defendant,

                                      /

## CLERK'S ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant Jonathan Hay in

Tampa, Florida on May 6, 2026.


                              ELIZABETH M. WARREN, CLERK


                                 s/Karina Nieves, Deputy Clerk


Copies furnished to:

Counsel of Record