MAY 26 2026 PM3:32
FILED - USDC - FLMD - TPA

# UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
## (TAMPA DIVISION)

C.J. WALLACE, Plaintiff, v.

JONATHAN HAY, Defendant.

Case No.: 8:25-cv-03091-MSS-SPF

## DEFENDANT JONATHAN HAY'S MOTION TO SET ASIDE CLERK'S DEFAULT

**I. STATEMENT OF GOOD CAUSE** Lack of Proper Service: I was never served with process in accordance with Fed. R. Civ. P. 4. Plaintiff's reliance on substitute service via the Florida Secretary of State was improper and fails to meet the constitutional requirements of due process, as Plaintiff did not satisfy the rigorous prerequisite of diligent inquiry into my actual location. I have had no prior personal involvement in this litigation.

**Excusable Neglect:** My failure to respond was not willful. I have been occupied with active, advancing civil litigation pending in the Superior Court of the State of California, County of Los Angeles, as well as the preparation and submission of formal criminal evidence regarding the Plaintiff to the investigating detective who has filed the matter with the District Attorney's office.

This ongoing coordination concerning the same allegations central to this civil dispute and assisted by inquiries from the Los Angeles County Sheriff's Department (LASD), the Los Angeles Police Department (LAPD), and law enforcement authorities in Largo, Florida has demanded a significant allocation of my resources and attention. This civil action is a retaliatory filing by the Plaintiff, and my preoccupation with these serious law enforcement matters and concurrent legal obligations constitutes good cause to set aside the default.

**Meritorious Defense:** I have a meritorious defense, as evidenced by my attached Proposed Answer. The claims in the Complaint are factually inaccurate and are subject to the aforementioned law enforcement referral currently under District Attorney review. No Prejudice: Vacating the default will cause no prejudice to the Plaintiff, as this case is in its initial stages.

**II. LOCAL RULE 3.01(g) CERTIFICATION** On May 17, 2026, I conferred in good faith with Plaintiff's counsel, Jeremiah Reynolds and Ronnie Bitman, regarding the relief sought herein. Counsel for Plaintiff indicated that they oppose the request to vacate the default.

**III. CONCLUSION** I respectfully request that this Court vacate the entry of default and allow me to file the attached answer.

Date: May 26, 2026

**/s/ Jonathan Hay Jonathan Hay, Defendant Pro Se**

**Mailing Address:** Jonathan Hay c/o Diana Pagan

449 W 206th Street, Apt 1B

New York, NY 10034

Phone: 727.203.9985 | Email: jonhay@gmail.com

**CERTIFICATE OF SERVICE** I hereby certify that on this 26th day of May, 2026, a true and correct copy of the foregoing document was served via email upon counsel for Plaintiff, Jeremiah Reynolds and Ronnie Bitman, at their email addresses of record.