MAY 26 2026 PM3:53
FILED - USDC - FLMD - TPA

# UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA (TAMPA DIVISION)

C.J. WALLACE, Plaintiff, v.

JONATHAN HAY, Defendant.

Case No.: 8:25-cv-03091-MSS-SPF

## DEFENDANT JONATHAN HAY'S ANSWER AND AFFIRMATIVE DEFENSES

I, Jonathan Hay, appearing pro se, hereby answer the Complaint as follows:

### I. ADMISSIONS AND DENIALS

1. I deny the allegations of defamation and wrongful conduct in the Complaint.

2. I deny that I was served with process in accordance with Fed. R. Civ. P. 4.

### II. AFFIRMATIVE DEFENSES

1. Improper Service: Plaintiff failed to comply with the requirements of Fed. R. Civ. P. 4 and Florida Statute § 48.161.

2. First Amendment Protection: My statements and actions were protected activities under the First Amendment, including the right to report crimes and participate in law enforcement investigations involving the LAPD, LASD, and Largo police.

3. Failure to State a Claim: The Complaint fails to state a claim upon which relief can be granted.

4. Retaliation/Abuse of Process: This action is a retaliatory filing intended to interfere with a criminal referral currently under District Attorney review.

WHEREFORE, I request that the Complaint be dismissed with prejudice.

Date: May 26, 2026

**/s/ Jonathan Hay Jonathan Hay, Defendant Pro Se**

**Mailing Address:** Jonathan Hay c/o Diana Pagan
449 W 206th Street, Apt 1B
New York, NY 10034
Phone: 727.203.9985 | Email: jonhay@gmail.com