**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CASE NO: 8:25-cv-03091-MSS-SPF**

CHRISTOPHER J. WALLACE,

Plaintiff,

v.

JONATHAN HAY,

Defendant.
______________________________________/

**PLAINTIFF'S UNOPPOSED MOTION**
**FOR ERIC PETTIS TO APPEAR *PRO HAC VICE,***
**WRITTEN DESIGNATION AND CONSENT TO ACT**

Plaintiff, CHRISTOPHER J. WALLACE, pursuant to Local Rule 2.01(c) of the Middle District of Florida, through undersigned counsel, respectfully moves for the admission *pro hac vice* of ERIC PETTIS of Eisner, LLP, 433 N. Camden Drive, 4th Floor, Beverly Hills, CA 90210, telephone number: (310) 855-3200, e-mail: epettis@eisnerlaw.com for purposes of appearance as counsel on its behalf in this action, and states the following in support:

1. Mr. Pettis is a member in good standing of the California Bar since 2016 (Bar. No. 313492) and is admitted to practice and in good standing in all State in California, the Central and Northern Districts of California, and the U.S. Court of Appeals 6th Circuit. *See* M.D.L.R. 2.01(c)(2).

2. Mr. Pettis is not a resident of Florida, is not admitted to practice in the Middle District of Florida. Mr. Pettis does not maintain a regular practice of law in the State of Florida. He is not a member of the Florida Bar. *See* M.D.L.R. 2.01(c)(1); (3).

3. Mr. Pettis has not abused the privilege of special admission by maintaining a regular law practice in Florida. He has not appeared in the last thirty-six months in any cases in state or federal court in Florida.

4. Mr. Pettis has reviewed and is familiar with the Local Rules of the Middle District of Florida.

5. Ronnie J. Bitman of the law firm of Bitman O'Brien, PLLC, 610 Crescent Executive Ct., Suite 112, Lake Mary, Florida 32746, telephone number: (407) 815-3110, facsimile number: (407) 815-2637, e-mail: rbitman@bitman-law.com, consents to be designated as local counsel in this action, upon which all notices and papers may be served and agrees to be responsible for the progress of the case.

6. Mr. Pettis' special admission application and payment representing the fee required for admission are being submitted to the Clerk's office. *See* M.D.L.R. 2.01(c)(5).

**WHEREFORE**, CHRISTOPHER J. WALLACE, moves this Court to enter an Order permitting Eric Pettis to appear before this Court on his behalf, pursuant to Rule 2.01(c) of the Local Rules of the Middle District of Florida.

BITMAN O'BRIEN, PLLC

/s/ Ronnie Bitman, Esq.
Ronnie Bitman, Esquire
Fla. Bar No. 0744891
rbitman@bitman-law.com

**LOCAL RULE 3.01(G) CERTIFICATION**

The undersigned certifies that counsel conferred with pro se Defendant, Jonathan Hay regarding the relief requested in this Motion, and Mr. Hay advised that he does not object to the requested relief.

RESPECTFULLY SUBMITTED this 1st day of September, 2026.

BITMAN O'BRIEN, PLLC

/s/ Ronnie Bitman, Esq.
Ronnie Bitman, Esquire
Fla. Bar No. 0744891
rbitman@bitman-law.com
acrown@bitman-law.com
610 Crescent Executive Ct., Ste. 112
Lake Mary, FL 32746
Telephone: 407.815.3110

Eric Pettis*
Eisner, LLP
epettis@eisnerlaw.com
433 N. Camden Drive, 4th Floor
Beverly Hills, CA 90210
Telephone: (310) 855-3200
*Attorneys for Plaintiff Christopher J. Wallace*

* *Pro hac vice application pending*