**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HONORABLE MARY S. SCRIVEN**

| | |
|---|---|
| CASE NO. 8:25-cv-03091-MSS-SPF | DATE: October 27, 2026 |
| TITLE:<br><br>**CHRISTOPHER J. WALLACE,**<br><br>Plaintiff,<br><br>v.<br>**JONATHAN HAY,**<br><br>Defendant, | |
| TIME: 1:05 PM – 2:38 PM, 2:50 PM – 4:20 PM | TOTAL: 3 HRS 3 MIN |
| Courtroom Deputy: Cynthia Biron | |
| Court Reporter: David Collier | |
| Counsel for Plaintiff: Eric Pettis | |
| Counsel for Defendant: Jonathan Hay | |

***CLERK'S MINUTES: PROCEEDINGS OF EVIDENTIARY HEARING ON DAMAGES***

Court called to session and counsel for Plaintiff is identified for the record. Defendant identifies himself.

Motion for Sanctions (Dkt. 51) is orally DENIED.

Witness:

- CJ. Wallace; sworn and testified

*Court recesses for a break.*

Witness:

- Heather Wolverton; sworn and testified
- Sameer Somal; sworn and testified

The Court will take the matter under advisement and issue a ruling.

The parties may submit any supplementation by way of evidence to the Court by close of business on Tuesday, November 10, 2026.

Court adjourned.